UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA ZESSI,

        Plaintiffs,

    v.

AMERIPRIDE SERVICES, INC.,

        Defendants.

Case No. 19-cv-03384-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/6/19 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/30/20.

DESIGNATION OF EXPERTS: 7/1/20; REBUTTAL: 7/20/20;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/22/20.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/15/20;
    Opp. Due: 5/29/20; Reply Due: 6/5/20;
    and set for hearing no later than 6/19/20 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 10/13/20 at 3:30 PM.

Jury TRIAL DATE: 10/26/20 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: Pretrial Preparation is due on 9/29/20.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 18, 2019

_____
SUSAN ILLSTON
United States District Judge