UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ZESSI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERIPRIDE SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. 19-cv-03384-SI   (SI)<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

　　The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.  Accordingly, this matter is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: April 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge